EL PASO & S. W. CO. v. TAYLOR et al. (No. 529.) (Court of Civil Appeals of Texas. El Paso. Feb. 3, 1916. Rehearing Denied Feb. 17, 1916.) Appeal from District Court, El Paso County; Ballard Coldwell, Judge. Action by the El Paso & Southwestern Company against Claude J. Taylor and others. From a judgment dissolving a temporary injunction, plaintiff appeals. Affirmed. Hawkins & Franklin and W. M. Peticolas, all of El Paso, for appellant. Geo. E. Wallace and P. E. Gardner, both of El Paso, for appellees.

HIGGINS, J. Claude J. Taylor, a minor, by next friend, filed a suit in the district court of El Paso county, Tex., against appellant, to recover damages resulting from personal injuries sustained by him in the state of New Mexico, while in the employment of appellant, which injuries it is alleged were caused by appellant's negligence. Citation was issued and served in El Paso county, Tex., upon H. J. Simmons, appellant's general manager. The present suit was instituted by appellant to enjoin the prosecution of the first-mentioned suit. In the court below a temporary injunction was issued, which was thereafter dissolved, and from the order of dissolution this appeal is prosecuted. This is a companion case to El Paso & Southwestern Company v. Chisholm, 180 S. W. 156, decided upon a former day of this term. The pleadings and evidence are the same as in that case. The same questions arise. We refer to that case for statement of the pleadings, evidence, and issues, and for our findings of fact and conclusions of law. For the reasons therein stated, the judgment herein is affirmed.

---

RIGGS v. JONES. (No. 146.) (Supreme Court of Arkansas. Jan. 31, 1916.) Appeal from Circuit Court, Garland County; Jeff T. Cowling, Judge. Action by Early Jones against John A. Riggs. Judgment for plaintiff, and defendant appeals. Affirmed. Calvin T. Cotham, of Hot Springs, for appellant. S. W. Leslie, of Hot Springs, for appellee.

KIRBY, J. This is the second appeal of this case, which is fully stated in the former opinion. Jones v. Burks, 110 Ark. 108, 161 S. W. 177. The first appeal came from a judgment on a directed verdict, and the case was reversed and remanded, to be submitted to a jury upon the questions of estoppel and delivery of the automobile. Upon the new trial the testimony was virtually the same as upon the first trial, and the majority of the court is of opinion that the case was submitted upon proper instructions and that the testimony is sufficient to support the verdict. Affirmed.

END OF CASES IN VOL. 182

*